**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

DORAL 10, LLC,

                                                                              CASE NO. 2019-CV-24830-MORENO

    Plaintiff,

v.

CITY OF DORAL, a Florida municipal corporation,

    Defendant.

_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff DORAL 10, LLC ("Plaintiff"), by and through its undersigned and pursuant to Federal Rule of Civil Procedure 41, hereby files this Notice of Voluntary Dismissal With Prejudice of all claims which were or could have been raised against Defendant CITY OF DORAL ("Defendant") in the instant action. Plaintiff and Defendant shall bear their own respective costs and fees incurred in connection with the instant action.

Dated: March 27, 2025            Respectfully submitted,

                                            **BRITO, PLLC**
                                            *Counsel for Plaintiff*
                                            2121 Ponce de Leon Boulevard
                                            Suite 650
                                            Coral Gables, FL 33134
                                            Office:  305-614-4071
                                            Fax:  305-440-4385

                                            By: /s/ *Alejandro Brito*
                                                **ALEJANDRO BRITO**
                                                Florida Bar No. 098442
                                                Primary: abrito@britopllc.com
                                                Secondary: apiriou@britopllc.com
                                                **CECILIA S. MIRANDA**
                                                Florida Bar No. 1025435
                                                Primary: cmiranda@britopllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through the Florida Courts E-filing Portal upon all counsel of record on this 27th day of March 2025:

Gary Louis Brown, Esq.
Kelley Kronenberg, P.A.
10360 West State Road 84
Fort Lauderdale, Florida 33324
gbrown@kelleykronenberg.com
dhavens@kelleykronenberg.com
ygonzalez@kelleykronenberg.com

*Counsel for Defendant City of Doral*

By: */s/ Alejandro Brito*